**THIRD DIVISION**
**MILLER, J.**

**NOTICE: Motions for reconsideration must be *physically received* in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules/**

**April 23, 2014**

# In the Court of Appeals of Georgia

A12A1149. HUDSON v. THE STATE.

MILLER, Judge.

In *Hudson v. State*, 293 Ga. 656 (748 SE2d 910) (2013), the Supreme Court of Georgia reversed the judgment of this Court in *Hudson v. State*, 318 Ga. App. 54 (733 SE2d 360) (2012). Therefore, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment affirmed. Ray and Branch, JJ., concur.*